**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-0356-VAP(DTBx)                    Date:  August 10, 2010

Title:       MARIPOSA & SYCAMORE, LLC -v- FEDERAL DEPOSIT INSURANCE
             CORPORATION, et al.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                              None Present
         Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

         None                                    None

PROCEEDINGS:        MINUTE ORDER RE: OSC FOR FAILURE TO SERVE
                    COMPLAINT WITHIN 120 DAYS (IN CHAMBERS)

     Plaintiff Mariposa & Sycamore, LLC ("Plaintiff") filed this action on March 10,
2010.  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a
defendant within 120 days of filing the complaint.  Plaintiff accordingly was required
to serve Defendant with the complaint no later than July 8, 2010.  Plaintiff has not
filed a proof of service of the complaint.

     Where a "defendant is not served within 120 days after the complaint is filed,

**EDCV 10-00356 VAP(DTBx)**
**MARIPOSA & SYCAMORE, LCC  v. FEDERAL DEPOSIT INSURANCE CORPORATION**
**MINUTE ORDER of August 10, 2010**

the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action . . . ."  Fed. R. Civ. P. 4(m).  Thus, the Court orders Plaintiff to show cause, in writing, no later than August 18, 2010, why the Complaint should not be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**